AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br>RYMER, PAMELA ANN | 2. Court or Organization<br>U. S. COURT OF APPEALS | 3. Date of Report<br>6/14/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | 5. ReportType (check appropriate type)<br>○ Nomination  Date<br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>125 S. GRAND AVENUE<br>P S DENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pacific Council on Int'l. Policy |
| 2. | Member, Board of Governors | Stanford Associates |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | ** NOTHING TO REPORT ** |

FINANCIAL DISCLOSURE OFFICE    JUN 15 10 52 AM '05    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of California (Teacher's Retirement) | 1909 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale University | Moot Court, transportation (April 26) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. ** NOTHING TO REPORT ** | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RYMER, PAMELA ANN | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 1. Bus Ret Plan, Wells Fargo (Ast Alloc A; Index Alloc C) | E | Dividend | N | T | | | | | |
| 2. Citybank, FSB | A | Interest | K | T | | | | | |
| 3. Franklin Cal. Tax Free Inc. | C | Dividend | M | T | | | | | |
| 4. AMCAP Fund | A | Dividend | N | T | | | | | |
| 5. LA Cal. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 6. Nuveen Cal. Muni Value Fd. | D | Dividend | M | T | | | | | |
| 7. PG&E Common | A | Dividend | J | T | | | | | |
| 8. Bank of America | A | None | K | T | | | | | |
| 9. MSDW Calif. Insd. Mun. | A | Dividend | K | T | Sell | 12/04 | K | | |
| 10. MSDW Tax Exempt (D) | B | Dividend | K | T | | | | | |
| 11. MSDW Div. Growth | E | Dividend | M | T | Redemption | 7/01 | M | | |
| 12. MSDW CA Tax-Free Daily 1 Trust | D | Dividend | M | T | | | | | |
| 13. MSDW Tax-Exempt Sec (A) | A | Dividend | J | | | | | | |
| 14. Am Inv. Co. of Amer C | C | | M | | Buy | 7/02 | M | | |

| 1. Income/Gain Codes<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $2,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RYMER, PAMELA ANN | 6/14/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.  INVESTMENTS and TRUSTS.  I have no information about MSDW Select Municipal Reinvestment Fund (item number 15 on the 2002 FDS).  It was essentially of no value and either disappeared, was renamed, or was rolled over into some other MSDW fund.  In any event, the listed investments are complete and I received no separate income or distribution on account of MSDW Select Municipal Reinvestment Fund that is not otherwise fully accounted for.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____         Date _June 14, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544